**FILED**

SEALED

AUG 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　　DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorneys
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for UNITED STATES OF AMERICA

7

8  　　　　　IN THE UNITED STATES DISTRICT COURT

9  　　　　　　EASTERN DISTRICT OF CALIFORNIA

10 　　　　　　2:12 - SW - 0440 ⎯⎯ EFB

11 In re Search Warrant for 1 MacBook Pro Model    CASE NO. 2:12-SW-
   A1286, with serial number C02FN126DMGG.
12                                                 **APPLICATION AND [PROPOSED]**
                                                   **ORDER TO SEAL SEARCH**
13                                                 **WARRANT AND RELATED**
                                                   **DOCUMENTS**
14
                                                   **UNDER SEAL**
15

16

17 　　　For the reasons set forth in the accompanying search warrant affidavit in the above-captioned

18 proceeding, the United States requests that the search warrant and search warrant affidavit in the

19 above-captioned proceeding be filed in camera and under seal and not be disclosed to any person

20 unless otherwise ordered by this Court.

21 Dated: August 10, 2012                          Respectfully submitted,

22                                                 BENJAMIN B. WAGNER
                                                   United States Attorney
23

24                                          By:    _____
                                                   TODD A. PICKLES
25                                                 Assistant U.S. Attorney

26

27

28

Application and [Proposed] Order to Seal              1
Search Warrant and Related Documents

1

## [PROPOSED] ORDER

2         Upon application of the United States of America and good cause having been shown,

3         IT IS HEREBY ORDERED THAT the search warrant and search warrant affidavit in the

4   above-captioned proceeding, along with this order, be filed in camera and under seal and not be

5   disclosed to any person unless otherwise ordered by this Court.

6         IT IS SO ORDERED.

7         Date: August 10, 2012

8                                              HON. EDMUND F. BRENNAN
                                               United States Magistrate Judge
9                                              Eastern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28